UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Pierce Division

Case Number: 12-14208-CIV-MARTINEZ-LYNCH

BLACKHAWK YACHTING, LLC, as Owner
of the M/Y DESTINY, an 86' Merritt Motor
Yacht,

    Plaintiff,

vs.

TOGNUM AMERICA, INC., f/k/a MTU
DETROIT DIESEL, INC., and MTU
FRIEDRICHSHAFEN GmbH

    Defendants.
_____/

## ORDER STAYING CASE

THIS CAUSE came before the Court upon *sua sponte* review of the record. After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

1. The previous calender call and trial dates are hereby **CANCELLED**.

2. This case is **STAYED** pending the Court's resolution of Defendants Tognum America, Inc. and MTU Friedrichshafen, GmbH's Motion for Final Summary Judgment and Incorporated Memorandum of Law (D.E. No. 113).

3. After the stay expires, the Court will reset the trial date and any unexpired pretrial deadlines.

DONE AND ORDERED in Chambers at Miami, Florida, this 27 day of March, 2014.

                                      JOSE E. MARTINEZ
                                    UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record